DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DWIGHT VIRGILE,**
Appellant,

v.

**RYR SFR BORROWER, LLC,**
Appellee.

No. 4D22-2543

[February 22, 2023]

Appeal of a non-final order from the County Court for the Seventeenth Judicial Circuit, Broward County; Corey Amanda Cawthon, Judge; L.T. Case No. COSO22003455.

Dwight Virgile, Fort Lauderdale, pro se.

Elizabeth Cruikshank of Cruikshank Ersin, LLC, Atlanta, Georgia, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***